UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL-MATEX TANK TERMINALS-ILLINOIS, <br><br>  Plaintiff, <br><br> v. <br><br> CHEMICAL BANK, <br><br>  Defendant. | Case No. 1:08-cv-1200 <br><br> Honorable Paul L. Maloney <br><br> **JUDGMENT** |

In accordance with the order filed this date:

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff International-Matex Tank Terminals-Illinois have and recover of defendant Chemical Bank judgment in the amount of $213,361.01, plus interest thereon at the statutory rate.

This is a final and appealable order.


Dated: May 28, 2010         /s/ Paul L. Maloney
                            Paul L. Maloney
                            Chief United States District Judge