UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL-MATEX
TANK TERMINALS-ILLINOIS,

    Plaintiff,

v.

CHEMICAL BANK,

    Defendant.
_____/

Case No.: 1:08-cv-1200

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 108). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's second supplemental motion for attorney's fees and expenses (ECF No. 104) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney's fees in the amount of $44,780.25 and expenses in the amount of $1,601.71 are awarded to plaintiff against defendant.

Dated: March 6, 2012

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge